SLOAN STEEL ERECTORS AND EQUIPMENT RENTAL, INC., Appellant, v ILLINOIS UNION INSURANCE COMPANY et al., Respondents.—

Present—Dillon, P. J., Callahan, Boomer, Pine and Balio, JJ.